■ In the Matter of HARRY J. GREENBAUM, a Suspended Attorney. [679 NYS2d 278] —Motion to withdraw application for reinstatement granted. Petitioner deemed ineligible to reapply for reinstatement for two years, as indicated. The Committee's motion to confirm the Hearing Panel's Report dismissed as academic, as indicated. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Williams and Andrias, JJ.